trial judge *sua sponte* to grant a party leave to amend. Reliance upon *Burke v. City of St. Louis*, 349 S.W.2d 930 (Mo.1961) where the court states "It does not appear that at any time plaintiff either asked or *was given an opportunity* to amend her petition" (emphasis added) does not support plaintiff's broad proposition. Point I is ruled against plaintiff.

It should also be noted plaintiff's attempt at a petition in her second lawsuit, even though signed by an attorney, suffers from some of the same defects as her pro se petition. Like the first, the petition fails to state a cause of action in fraud. *See* Rule 55.15.

As conceded by trial counsel at oral argument, the doctrine of res judicata does not bar the pursuit of plaintiff's petition against National and Carliss, there being no identity of the parties in the two lawsuits. Neither does the doctrine of collateral estoppel bar plaintiff's present suit since the dismissal of the first petition was not an adjudication of the issues claimed to have been precluded. *See Oates v. Safeco Insurance Company of America*, 583 S.W.2d 713, 719 (Mo. banc 1979).

The judgment is affirmed.

Mary Louise Moran, Asst. Public Defender, St. Louis, for defendant-appellant.

Dwight Warren, Asst. Circuit Atty., St. Louis, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant was convicted by a jury of murder in the second degree § 565.004 RSMo 1978. The court entered judgment upon the verdict and sentenced defendant as a prior offender, § 558.016 RSMo (Supp. 1982), to 20 years imprisonment. We have reviewed the briefs of the parties and the record on appeal. We find no reversible error. An opinion would have no precedential value. The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri,**
**Plaintiff-Respondent,**

v.

**Janet JOHNSON, Defendant-Appellant.**

**No. 46645.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 17, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Denied March 8, 1984.

Application to Transfer Denied
April 16, 1984.

**Leo M. MULLEN, M.D., Appellant,**

v.

**Robert ORR, dba Allstate Insurance, et al., Respondents.**

**No. WD 33966.**

Missouri Court of Appeals,
Western District.

Jan. 24, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Feb. 28, 1984.

Application to Transfer Denied
April 16, 1984.